


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8673

August 4, 2023

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Grier v. Kim*, No. 23 Civ. 3912 (KMK)

Dear Judge Karas:

    The Office of the Attorney General represents Judge Hyun Chin Kim ("Judge Kim"), who is named as a defendant in her official capacity as a handgun licensing officer for Orange County, New York. On June 6, 2023, the Court granted Judge Kim's request for a stay of proceedings in this action pending a decision by the Second Circuit in Antonyuk v. Hochul, No. 22-CV-986, and ordered the parties to file a joint status report every 60 days until the stay is lifted. As of this date, a decision by the Second Circuit in Antonyuk remains pending.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
YUVAL RUBINSTEIN
Special Litigation Counsel
yuval.rubinstein@ag.ny.gov

Amy L. Bellantoni
Attorney for Plaintiff
abell@bellantoni-law.com

*Handwritten endorsement:* The Court thanks the parties for this status report and asks for another report by 11/6/23. So Ordered. KMK 9/6/23