

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8673

November 10, 2023

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Grier v. Kim*, No. 23 Civ. 3912 (KMK)

Dear Judge Karas:

    The Office of the Attorney General represents Judge Hyun Chin Kim ("Judge Kim"), who is named as a defendant in her official capacity as a handgun licensing officer for Orange County, New York. On June 6, 2023, the Court granted Judge Kim's request for a stay of proceedings in this action pending a decision by the Second Circuit in Antonyuk v. Hochul, No. 22-CV-986, and ordered the parties to file a joint status report every 60 days until the stay is lifted. On September 6, 2023, the Court requested a further status update by November 6, 2023. As of this date, a decision by the Second Circuit in Antonyuk remains pending.

    We thank the Court for its attention to this matter, and sincerely apologize to the Court for the delay in providing this update.

    Respectfully submitted,

    /s/_____
    YUVAL RUBINSTEIN
    Special Litigation Counsel
    yuval.rubinstein@ag.ny.gov

    Amy L. Bellantoni
    Attorney for Plaintiff
    abell@bellantoni-law.com