

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 16, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     *Grier v. Kim*, No. 23-cv-3912 (KMK)

Dear Judge Karas:

I am counsel for Judge Hyun Chin Kim ("Judge Kim") in this action. Following the pre-motion conference on February 13, 2024, counsel for the parties conferred, and plaintiff's counsel advised that she does not want to seek a stay. Accordingly, the parties respectfully request that the Court set the briefing schedule for Judge Kim's motion to dismiss as follows:

- Motion to dismiss due March 25, 2024
- Opposition due April 29, 2024
- Reply, if any, due May 13, 2024

Thank you for the Court's time and consideration in this matter.

So Ordered.

2/16/24

Respectfully submitted,
/s/
Linda Fang
Special Litigation Counsel

28 Liberty Street, New York, New York 10005 ● (212) 416-8580 ● www.ag.ny.gov